IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02599-NYW

GREG HESS,

    Plaintiff,

v.

ROCKY MOUNTAIN ROMANGUS, INC., a Colorado corporation,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order entered by the Honorable Nina Y. Wang, on March 5, 2016, incorporated herein by reference, it is

ORDERED that Plaintiff's claims for relief for breach of contract and civil theft pursuant to Colo. Rev. Stat. 18-4-401 and 405 are hereby dismissed without prejudice. It is

FURTHER ORDERED that the case is dismissed in its entirety with each Party to bear its own attorneys' fees and costs.

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Rocky Mountain Romangus, Inc. A Colorado corporation, and against Plaintiff, Greg Hess.

DATED at Denver, Colorado this   15th   day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/N. Marble
N. Marble,
Deputy Clerk

